IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS CASTRO,

       Plaintiff,            No. 2:11-cv-2253 KJM KJN P

    vs.

BROCK RESSING, et al.,

       Defendants.       <u>ORDER</u>

_____/

       Plaintiff, a prisoner, is proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.

       By an order filed September 6, 2011, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On September 22, 2011, plaintiff submitted the USM-285 forms with no addresses for the defendants. Plaintiff also failed to submit a completed summons and four copies of the complaint.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to send plaintiff the copy of the complaint submitted by plaintiff on August 25, 2011, a blank summons and three blank USM-285 forms; and

1        2.  Within thirty days, plaintiff shall submit to the court the completed summons, three completed USM-285 forms and four copies of the complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: September 28, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cast2253.8f