IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS CASTRO,

    Plaintiff,                       No. 2: 11-cv-2253 KJM KJN P

    vs.

BROCK RESSING, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Pending before the court is defendants' May 8, 2012 motion for leave to depose plaintiff telephonically. Good cause appearing, this motion is granted. Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' motion for leave to depose plaintiff telephonically (Dkt. No. 25) is granted;

        2. Defendants may depose plaintiff telephonically. The court reporter must be physically located where the plaintiff is located.

DATED: May 10, 2012

                                          _____
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

cas2253.tel