IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS CASTRO,

      Plaintiff,                        No. 2: 11-cv-2253 KJM KJN P

      vs.

BROCK RESSING, et al.,

      Defendants.                <u>ORDER</u>

_____/

        On July 13, 2012, defendants filed a motion summary judgment motion pursuant to Federal Rule of Civil Procedure 56. On July 19, 2012, the undersigned issued an order giving plaintiff notice of the requirements for opposing summary judgment motions pursuant to <u>Woods v. Carey</u>, 2012 WL 2626912 (9th Cir. July 6, 2012). The July 19, 2012 order gave plaintiff twenty-one days to file his opposition. Twenty-one days passed and plaintiff did not file his opposition.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." As discussed above, on July 19, 2012, plaintiff was advised of the requirements for filing an opposition to a motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

1

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days of the date of this order, plaintiff shall file an opposition, if any, to the motion for summary judgment. Failure to file an opposition will be deemed as consent to have the: (a) pending motion granted; (b) action dismissed for lack of prosecution; and (c) action dismissed based on plaintiff's failure to comply with these rules and a court order. Such failure shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: August 21, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cas2253.osc